IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GREGORY M. WALKER                                                            PLAINTIFF

v.                          NO. 3:24-cv-00005-PSH

MARTIN O'MALLEY, Commissioner                                          DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for defendant Martin O'Malley.

IT IS SO ORDERED this 25th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE